### 17549.   CAIN v. THE STATE.

BROYLES, C. J.  The motion for a new trial contained the usual general grounds only; the evidence authorized the verdict and the denial of the motion was not error.

*Judgment affirmed.  Luke, J., concurs.  Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.

Larceny; from city court of Alma—Judge Tuten.   May 26, 1926.

*Homer L. Causey,* for plaintiff in error.

*C. A. Williams, solicitor,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74; p. 1217, n. 45.